IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.                                              NO. 5:07-CR-8 (CAR)

**TIMOTHY DEWAYNE LOWDER,**
                                                 VIOLATIONS:  DRUG  RELATED
Defendant

## O R D E R

The above-named defendant this day appeared before the undersigned for arraignment and for consideration of the issue of release from custody, an initial appearance hearing having been held earlier this week.  The government in this case seeks the pretrial detention of Mr. Lowder.  Based upon statements of counsel for the government and counsel for the defendant, as well as the contents of the Pretrial Services Report prepared by the U. S. Probation Office dated February 8, 2007, the court has determined that defendant LOWDER currently has a State [of Georgia] detainer against him for violating conditions of parole. This detainer will prevent his release from custody even if federal conditions of release are set for him.

Accordingly, with agreement of counsel for the both the government and the defendant, the undersigned hereby **TEMPORARILY DETAINS** defendant LOWDER and will HOLD IN ABEYANCE any consideration of release of this defendant from custody in this case under the Bail Reform Act of 1984 until such time as the state detainer has been lifted.  Counsel for the government and for the defendant are directed to immediately advise the court of the lifting of the detainer;  in that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from  custody in the above-captioned case under the Bail Reform Act of 1984. In the meantime, he shall remain in the custody of the U. S. Marshal.

SO ORDERED, this 8ᵗʰ day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE